# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
**No. 18-1826V**
Filed: July 9, 2026

* * * * * * * * * * * * *
HARRY L. MCCARTHY, *
*
Petitioner, *
*
v. *
*
SECRETARY OF HEALTH *
AND HUMAN SERVICES, *
*
Respondent. *
* * * * * * * * * * * * *

*Elizabeth Muldowney, Esq.*, Sands Anderson PC, Richmond, VA, for petitioner.
*Mark Hellie, Esq.*, U.S. Department of Justice, Washington, DC, for respondent.

## DECISION[1]

**Roth**, Special Master:

On November 29, 2018, Harry L. McCarthy ("Mr. McCarthy" or "petitioner") filed a petition for compensation pursuant to the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 *et seq.*[2] ("Vaccine Act" or "the Program"). Petitioner alleges that the influenza ("flu") vaccine he received in his left deltoid on November 30, 2015, caused him to develop brachial plexopathy of his right upper extremity. *See* Petition ("Pet."), ECF No. 1.

Following careful review and analysis of the documentary evidence and testimony submitted in this case and in accordance with the applicable legal standards, I find that petitioner has not satisfied his burden of showing by preponderant evidence that the flu vaccine caused his brachial plexopathy. Accordingly, I find petitioner is not entitled to compensation.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned finds that the identified material fits within this definition, such material will be redacted from public access.
[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755 (1986). Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

## I. Issues to Be Decided

The parties filed an initial Joint Prehearing Submission, ECF No. 65, then an Amended Joint Prehearing Submission just prior to the hearing. ECF No. 69. The parties agree that petitioner received the flu vaccine on November 30, 2015. They agree he suffers from brachial neuritis ("BN"). ECF No. 69 at 1. They agree that petitioner alleged an off-Table claim requiring that he satisfy the requirements as set forth in *Althen*. *Id*. at 2.

The parties disagree about when petitioner began to experience the first signs and symptoms of BN and whether petitioner provided reliable, preponderant evidence establishing that his November 30, 2015 influenza vaccine in fact caused him to suffer brachial neuritis pursuant to *Althen*. ECF No. 69 at 2-3. The issues to be decided include diagnosis, onset, and all three *Althen* Prongs.

## II. Procedural History

The petition was filed on November 29, 2018, ECF No. 1, and assigned to Special Master Sanders (Young) on November 30, 2018. ECF No. 4. Medical records were filed on December 3, 2018 and January 8, 2019, along with a Statement of Completion. Petitioner's Exhibits ("Pet. Exs.") 1-9, ECF Nos. 7, 9. Additional records were filed on September 9, 2019. Pet. Ex. 10. The Rule 4(c) Report was filed on November 13, 2019, recommending against compensation. ECF No. 21. Thereafter, on November 26, 2019, petitioner was ordered to file an expert report.

Multiple expert reports along with literature were filed by the parties' experts, Drs. Lawrence Steinman and Robert Naismith, respectively. Pet. Exs. 11-43; Respondent's Exhibits ("Resp. Exs.") A-G. Petitioner ultimately requested an entitlement hearing, ECF No. 47, which was scheduled for January 17 and 18, 2024. ECF No. 48. Additional medical records were filed on May 3, 2023, and June 1, 2023. Pet. Exs. 44-45.

This matter was reassigned to the undersigned on September 18, 2023. ECF No. 54.

Prehearing submissions were submitted on December 6 and 27, 2023. ECF Nos. 57-58.

An Amended Joint Prehearing Submission was filed on the eve of the hearing. The parties agreed that petitioner suffered from brachial neuritis, but "the parties disagree[d] on the timing of onset of symptoms of brachial neuritis." ECF No. 69 at 2. They further disagreed that *Althen* was satisfied. *Id*. The entitlement hearing was held on January 17, 2024.

Prior to the start of the hearing, counsel for respondent advised that upon review of the updated medical records, Dr. Naismith concluded that petitioner's BN was caused by his radiation treatment and not by the subject flu vaccine. Notably, Dr. Steinman and Dr. Naismith had raised this possibility in their respective reports from the beginning. The hearing proceeded with the direct and cross-examination of Dr. Steinman and direct examination of Dr. Naismith. After this, petitioner's counsel advised of her inability to cross-examine Dr. Naismith having "had no notice of [Dr. Naismith's opinions about radiation-induced BN] until last night." ECF No. 74 at 75. After

a short break, it was agreed that Dr. Naismith would submit a supplemental report containing his opinions. Dr. Steinman would be given the opportunity to respond. *Id*.

Following additional expert reports, the hearing resumed on December 6, 2024, with cross-examination of Dr. Naismith and testimony from Dr. Steinman addressing those opinions. Post-hearing briefs were filed by each party on March 28, 2025. ECF Nos. 98-99.

This matter is now ripe for decision.

## III. Background

### A. Medical Terminology

#### i. Brachial Neuritis

Brachial neuritis, neuralgic amyotrophy, or Parsonage Turner syndrome ("BN") all refer to the same uncommon cause of shoulder pain with an annual incidence of three cases per 100,000 people. Resp. Ex. A-1 at 1;[3] Resp. Ex. A-6 at 1. The brachial plexus is a network of nerves with its lymphatic system and blood vessels "originating from the anterior rami of spinal nerves C5-8 and T1. Situated partly in the neck . . . and partly in the axilla," it is subdivided into "5 anterior rami, 3 trunks, . . . 6 divisions, . . . and 3 cords." "Plexus Brachialis," Dorland's Illustrated Medical Dictionary 1440 (33rd ed. 2020). It has numerous branches. *Id*.




BN typically presents with a sudden onset of severe burning pain around the affected shoulder and upper arm, replaced days or weeks later with flaccid or profound muscle weakness, most commonly of the supraspinatus, infraspinatus, deltoid, and occasionally biceps muscles.

[3] For full citations to the medical literature, see the Appendix attached to this Decision.

Resp. Ex. A-1 at 2; Resp. Ex. A-2 at 1, 3, Fig. 1; Resp. Ex. B at 2. The pain is often described as unlike anything the patient has experienced before and is relentless and worse at night. Resp. Ex. A-8 at 2. Winging of the shoulder blade is the most obvious sign of BN and presents in two-thirds of patients. *Id*. at 1.

Diagnostic evaluation includes MRI, or magnetic resonance imaging, and EMG/NCS, or electromyography and nerve conduction studies. MRI imaging shows abnormalities suggestive of denervation,[4] including edema, atrophy, and wasting in the affected shoulder girdle muscles. Resp. Ex. A-6 at 4. EMG studies may demonstrate different findings depending on the underlying pathology, conduction block, demyelination, or Wallerian degeneration.[5] It usually takes up to two to three weeks for signs of denervation to appear, so the timing of testing is crucial. *Id*. at 4. "Often denervation changes are most prominent in muscles supplied by a single nerve, but subtle changes may be detected in the distribution of additional nerves, substantiating localization to the brachial plexus." *Id*.

The etiology of BN is unknown but thought to be an immune-mediated inflammatory reaction against the brachial plexus nerve fibers involving complement, anti-peripheral nerve myelin antibodies, and T-cells. Resp. Ex. A-1 at 1-2. The pathophysiology is believed to include an underlying predisposition and susceptibility to dysfunction of some peripheral nerve structures and an autoimmune trigger for the attacks. Resp. Ex. A-8 at 1, 5.

BN occurring two to 28 days after receiving a vaccine containing tetanus toxoid is a covered injury in the Vaccine Injury Table. 42 C.F.R. § 100.3(a)(I)(B). BN is not a Table injury for flu vaccine. *See id*. at § 100.3(a)(XIV). The Qualifications and Aids to Interpretation in the Vaccine Injury Table define BN as "dysfunction limited to the upper extremity nerve plexus (i.e., its trunks, divisions, or cords). A deep, steady, often severe aching pain in the shoulder and upper arm usually heralds onset of the condition." *Id*. at § 100.3(c)(6). "The pain is typically followed in days or weeks by weakness in the affected upper extremity muscle groups. . . . Atrophy of the affected muscles may occur." *Id*.

Brachial plexopathy is an umbrella term referring to "any neuropathy of the brachial plexus." "Brachial Plexopathy," Dorland's Illustrated Medical Dictionary 1440 (33rd ed. 2020). This term is sometimes used interchangeably with BN in the medical records and literature herein.

### ii. Radiation-Induced Cranial Nerve Palsy

Radiation-induced cranial nerve palsy ("RIPN") among head and neck cancer survivors has been reported for decades. The lower cranial nerves, or "CN" IX, X, XI and XII, are most often affected and can affect taste, breathing, and speaking among a host of other things. Resp. Ex. H-2 at 3; Resp. Ex. H-3. RIPN manifests as delayed local damage to mature nerve tissue partly attributable to initial microvascular injury, then radiation-induced fibrosis ("RIF") combined with

[4] Denervation is the "resection or removal of the nerves to an organ or part." "Denervation," Dorland's Illustrated Medical Dictionary 480 (33rd ed. 2020).

[5] Wallerian degeneration is "a type of neurodegeneration consisting of fatty degeneration of a nerve fiber that has been severed from its nutritive centers." "Wallerian Degeneration," Dorland's Illustrated Medical Dictionary 475 (33rd ed. 2020).

specific neurological injury. Resp. Ex. H-1 at 1-2. It develops gradually over a period of years. *Id*. RIPN is most often seen in breast cancer survivors, but also in head and neck cancer survivors. *Id*. at 3. Motor weakness is progressive and frequently starts in the median nerve, simulating carpal tunnel syndrome and spreading to the forearm and upper arm. Onset is often insidious, occurring over several months or years. *Id*. Intensity is variable but progressively increases and may result in paralysis of the upper limb or hand. *Id*. There can be skin and muscular atrophy. EMG/NCS testing identifies the level of plexus injury. The cause can be compression by fibrosis or direct damage to myelin. *Id*. at 3-4.

### B. Petitioner's Medical History Prior to the Vaccine

Petitioner was diagnosed with squamous cell cancer of the right tonsil in 2005. He underwent tonsillectomy and concurrent chemoradiotherapy to a total dose of 70 Gy completed in 2005. He attended routine medical follow-up visits. Over time and through 2015, petitioner developed radiation-treatment sequela including dry mouth, right sided neck cramping, and difficulty swallowing some foods. *See generally* Pet. Exs. 4, 9, 44-45. In 2015, petitioner complained of some "pulling in the postauricular area," or behind the ear. Pet. Ex. 4 at 43; "Auricular," Dorland's Illustrated Medical Dictionary 176 (33rd ed. 2020).

Petitioner received the subject flu vaccine on November 30, 2015. Pet. Ex. 6.

### C. Petitioner's Post-Vaccination Medical History[6]

Five months later, on April 6, 2016, petitioner presented to his primary care provider ("PCP") reporting "R shoulder pain, limited motion & strength -- no trauma/accident just woke up and had - R scapular pain worse in the AM better in the afternoon." Pet. Ex. 4 at 4. "Pain" and "ROM" were circled in the record. The record included "R scapula neck shoulder" and "Abnormal" with "ROM R shoulder almost full ROM cerv. Discomfort R atrophy R side weakness Trap/Scap low scap Strength rotator cuff +5/5 empty can." *Id*. The impression, though partially illegible, appears to include "cervical some apprehension" and "muscle atrophy R side neck scapula cause ? EMG/Neurology." *Id*. The record includes no difficulties with muscles or appearance, "wasting Atrophy R side ? due to radiation from tonsillar cancer 10 years ago." *Id*. at 5.

He was referred to Dr. Wong at the Neuromuscular Clinic and presented on May 4, 2016, for right upper extremity sensorimotor disturbance. Pet. Ex. 4 at 47. Petitioner reported that in early March 2016, "without any clear inciting factors," he started to experience pain in his right shoulder, then noticed that his right shoulder seemed lower than his left. Over the coming months, he noted more prominent bony architecture over the right shoulder and scapular region. He also began to feel weak over that time in his right upper proximal muscle group with difficulty raising his right arm overhead. His left upper extremity remained strong. *Id*. On examination, he demonstrated winging of the scapula on the right, especially when testing the right trapezius muscle group and to a lesser extent the rhomboids with no serratus anterior weakness appreciated. *Id*. at 49. Dr. Wong's assessment included a 61-year-old male with slowly progressive right upper

[6] Only visits associated with petitioner's shoulder injury are included herein unless otherwise related.

extremity weakness and pain with the only potential inciting factor being a flu vaccine petitioner received for the first time late the previous fall. *Id*. at 50. His constellation of symptoms most likely represented a right brachial plexitis, Parsonage-Turner syndrome, or neuralgic amyotrophy which could have been triggered by infection, post-infection, post-vaccination, or immune-mediated processes. A short-term trial of steroids was recommended but petitioner declined because he had no pain. *Id*. Physical therapy was recommended to regain strength. An MRI was ordered to rule out structural disease. *Id*.

Petitioner presented for physical therapy ("PT") on May 19, 2016, reporting wasting of the right shoulder with pain in February, that his shirt buttons did not line up properly, and a loss of muscle mass at the top of his shoulder. Pet. Ex. 5 at 1. He rated his pain as between two to three out of ten mostly during sleep. His shoulder felt weak with overhead lifting. He was using his left upper extremity more for overhead activities. Dr. Wong mentioned brachial plexus injury versus Parsonage-Turner syndrome and ordered an MRI. *Id*. The onset was "insidious," and the assessment was right shoulder weakness with "unknown cause" involving loss of robust scapular stability due to lower, mid, and upper trapezius weakness, reducing shoulder strength with wasting alerting his posture. *Id*. at 1-2. Petitioner was discharged without formal reevaluation on August 29, 2016, for failure to schedule appointments. *Id*. at 9.

Petitioner was referred to Dr. Cameron at the Neurosurgery Department by Dr. Wong. He presented on August 4, 2016, reporting that he developed weakness in his right upper extremity, particularly the shoulder girdle, in February 2016 that gradually progressed. He now had trouble abducting his right arm. His wife was the first to notice that his shoulders were asymmetrical. He denied weakness in the arm, biceps, triceps, or hand. No sensory changes were noted. He had some dull aching, but no pain. Dr. Wong had diagnosed him with Parsonage-Turner syndrome. He attended PT with minimal improvement. He had no loss of fine motor control. Pet. Ex. 4 at 52. Dr. Cameron's impression included painless weakness, arguing against Parsonage-Turner syndrome, which typically presents with intense pain. Onset was insidious. An MRI revealed cervical spinal stenosis without evidence of myelopathy[7] and changes down the spine to C7 consistent from prior radiation treatment. Findings on examination involved the dorsal scapular nerve and suprascapular nerve, both originating from the posterior trunk of the brachial plexus. Dr. Cameron wrote, "[i]t is certainly possible that this represents a post-radiation brachial plexitis, although the timing is a bit delayed." *Id*. at 53. Petitioner opted for more PT.

Petitioner returned to Dr. Wong on September 9, 2016, with improved strength. Pet. Ex. 3 at 12, 16. He had some weakness and atrophy of the right suprascapular, spinal accessory, and dorsal scapular innervated muscle groups, with sparing of all other nerves innervating his right upper extremity. *Id*. at 16. There were no sensory deficits and no lesions on neuroimaging. He had multilevel degenerative cervical changes. The differential included resolving right brachial plexitis versus multifocal motor neuropathy favoring the former. *Id*. at 17.

Petitioner emailed his PCP on September 15, 2016, to advise that he had developed a right brachial plexus injury which Dr. Wong felt may be related to his flu vaccination in early December

[7] Myelopathy refers to "any of various functional disturbances or pathologic changes in the spinal cord, often referring to nonspecific lesions in contrast to the inflammatory lesions of myelitis." "Myelopathy," Dorland's Illustrated Medical Dictionary 1203 (33rd ed. 2020).

2015, with symptoms appearing in late January 2016. He felt it was Parsonage-Turner syndrome resulting from the immunological challenge of the vaccine. Pet. Ex. 3 at 18.

EMG/NCS studies were performed on September 22, 2016. Pet. Ex. 3 at 19-25. The NCS study was normal. The EMG of the right cranial and cervical innervated muscle groups revealed active denervation with chronic reinnervation changes and decreased recruitment in suprascapular, dorsal scapular, and spinal accessory innervated muscle groups. Pet. Ex. 3 at 26. There was right, chronic cervical C7 radiculopathy correlating to petitioner's history of cervical spine disease. *Id*. at 26.

Petitioner returned to PT on February 8, 2017, with continued complaints of right shoulder weakness due to brachial plexus syndrome of unknown origin with no pain, but difficulty raising his arm out to the side. His shirt "never hangs right." Pet. Ex. 5 at 10. He had difficulty extending his arm back and bringing it forward. The assessment included continued upper trapezius wasting; lower trapezius weakness due to brachial plexus syndrome of unknown origin; positive scapular dyskinesia with upper trapezius atrophy; and right shoulder weakness with loss of abduction strength and active elevation. *Id*. at 11. He was discharged without formal reevaluation on June 8, 2017, for failure to schedule appointments. *Id*. at 13.

Petitioner returned to Dr. Wong on March 1, 2017, notably stable since his last visit in September 2016. Pet. Ex. 4 at 58. An EMG confirmed a focal neurogenic process affecting the dorsal scapular, spinal accessory, and suprascapular nerve groups consistent with brachial plexopathy. *Id*. at 58-59. He was "still able to do pretty much whatever he wants, and has no problems at work." *Id*. at 59. PT helped. He reported some intermittent symptoms of tingling and paresthesias that shot down the medial aspect of his left forearm and affected the fourth and fifth fingers of his left hand, usually after using a rollator. He had no associated weakness. *Id*. at 59. Follow-up every six months was suggested. *Id*. at 63.

Petitioner returned to PT on August 25, 2017, for right scapular weakness since "1/16 of unknown etiology." Pet. Ex. 5 at 14. There was weakness of the shoulder and scapular stabilizer. His golf game was not as strong. He had mild difficulty with household chores and carrying groceries. Little change in trapezius strength was noted, but he had increased strength with flexion and abduction of the shoulder. *Id*. at 15. He was discharged on December 19, 2017. *Id*. at 17.

Petitioner returned to Dr. Wong on September 6, 2017, at which time he was noted to have basically regained all strength in the suprascapular-innervated muscle groups and was stable. Pet. Ex. 4 at 70; Pet. Ex. 9 at 147. He returned on March 7, 2018. He had regained all his strength in the suprascapular-innervated muscle groups. He was to follow up with Dr. Wong's colleague, Dr. Pearson. Pet. Ex. 10 at 16, 19.

Repeat EMG/NCS studies performed on June 27, 2018, revealed a focal neurogenic process affecting the suprascapular, dorsal scapula, and spinal accessory nerves with no evidence of widespread process affecting other portions of the brachial plexus or nerves consistent with what is seen in brachial plexopathy or Parsonage-Turner syndrome. A comparison with the September 2016 study showed some evidence of reinnervation with the suprascapular-innervated muscle groups completely reinnervated. Pet. Ex. 9 at 105. Further, right chronic cervical C7

radiculopathy correlated with petitioner's known history of cervical spine disease. He had mild carpal tunnel syndrome and mild ulnar mononeuropathy of the right elbow. *Id*.

Petitioner presented to Dr. Pearson on December 12, 2018. She noted Dr. Wong's prior assessment with onset of shoulder pain and weakness in March 2016 and EMG testing consistent with brachial plexopathy. Pet. Ex. 10 at 1. Dr. Pearson documented a ten-year history of post-herpetic polyneuropathy of the left trunk with a band of burning and tingling. Oral medications had unpleasant side effects. Petitioner also had a history of small cell carcinoma of the right tonsil in 2005. *Id*. Dr. Pearson's assessment was right proximal upper extremity weakness suspected secondary to brachial plexitis with stable neurological examination. *Id*. at 4.

Petitioner presented to another neurologist, Dr. Du, on December 2, 2020. Dr. Du noted a past medical history of right tonsil cancer with radiation treatment to the right neck region in remission since 2005. Pet. Ex. 38 at 480. Petitioner reported that his right shoulder appeared lower than his left. He used his non-dominant left hand to perform tasks which would require raising his right arm above his shoulder. He denied trauma or shoulder pain. *Id*. He reported receipt of his first flu vaccine a few months before onset. He did not recall any issues following the immunization. Dr. Wong diagnosed him with right brachial neuritis following EMG testing. His condition remained stable, he had no issues with ADLs, no shoulder or neck pain, and no new symptoms. MRIs of the neck and brachial plexus showed significant pathology accounting for his weakness. He expressed concern about receiving the shingles, COVID, and pneumonia vaccines. He reported a history of post-herpetic neuropathy of his left trunk. *Id*. Examination revealed reduced muscle bulk on the right SCM and trapezius, lateral displacement of the right scapular, subtle weakness with head rotation on the left, weakness with right shoulder elevation, and abduction above 90 degrees. *Id*. at 482. He had full muscle strength in the right arm including the infraspinatus and bicep muscles. The right rhomboid muscle was palpable and symmetrical with the left. *Id*. at 483. Dr. Du's assessment included right shoulder weakness with a history of right tonsil cancer and focal radiation to the right neck. Physical exam suggested localization to the right trapezius muscle and right SCM to a lesser degree. The rhomboid, infraspinatus, and deltoid muscles showed good muscle strength. "I wonder if he had right spinal accessory neuropathy related to the radiation therapy/cancer. [M]y suspicion for vaccination induced brachial plexus neuritis is low. . . . I encouraged patient to consider getting these vaccinations." *Id*.

Petitioner filed updated medical records. Pet. Exs. 11, 44-45, 51. He has since been diagnosed with prostate cancer requiring surgery and radiation treatment with side effects; has lost his sense of taste with limited saliva production; has reduced ability to smell and hear; has developed right vocal cord paralysis secondary to radiation treatment for tonsil cancer in 2005; has had a 30-pound weight loss; has had MOHs procedures for basal cell carcinoma of the skin; and has continued post-herpetic polyneuropathy, weakness of his extremities, lethargy, and right brachial plexopathy which he reports is related to his flu vaccination. Pet. Ex. 51 at 3-4, 14, 16, 17, 19, 28; Pet. Ex. 52 at 2; Pet. Ex. 45 at 9. Most recent ENT records filed include "[D]iffuse radiation changes of the neck." Pet. Ex 52 at 4.

### D. Affidavits of Petitioner and His Wife

#### i. Affidavit of Petitioner

Petitioner submitted an affidavit dated November 28, 2018. Pet. Ex. 1.

Petitioner affirmed that his employer required him to receive the flu vaccine. He received the flu vaccine in his left deltoid on November 30, 2015. Pet. Ex. 1 at 1. In January or early February 2016, he began having discomfort using his right upper arm. *Id*. He recalled difficulty lifting a suitcase into an overhead compartment in February 2016 due to weakness of the right arm. *Id*. Then, "one day I had trouble buttoning my shirt because the buttons and the buttonholes did not align. I looked in the mirror and noticed that my right shoulder was markedly lower than the left and at that time tried to raise my right arm and could not raise it above the level of my shoulder." Pet. Ex. 1 at 1. He asked his wife if his right shoulder was lower and she said yes and that it had been for a month or so. *Id*. at 2.

Petitioner saw his PCP, Steve Melhorn, on April 6, 2016, and after examination was told that he had some nerve damage with resultant muscle wasting in his right neck and shoulder. He was referred to a neurologist. Pet. Ex. 1 at 2.

He saw Dr. Wong who diagnosed him with "post vaccinal immune mediated brachial plexopathy" of the right extremity and recommended against any further flu vaccines. Pet. Ex. 1 at 2. Dr. Wong submitted for a waiver of future flu vaccines from petitioner's employer which was granted. *Id*.

Petitioner presented for physical therapy but developed pain and numbness of the right arm after one of the exercises and was told by the neurologist not to continue with the exercise. Pet. Ex. 1 at 2.

Petitioner affirmed ongoing disfigurement and lack of physical progress in spite of physical therapy with limitations in activities of daily living, including seasonal activities such as raking leaves, cleaning gutters, carrying and setting up a Christmas tree, bringing items to and from the attic, shoveling snow, and scraping ice off his windshield. Pet. Ex. 1 at 2-3.

Petitioner affirmed, if not for the flu vaccine, he would not have suffered from brachial plexopathy in his right arm. Pet. Ex. 1 at 3.

#### ii. Affidavit of Petitioner's Wife, Barbara McCarthy

Mrs. McCarthy submitted an affidavit dated November 28, 2018, and affirmed the following. She has been married to petitioner for 41 years. Pet. Ex. 2 at 1.

Petitioner received a flu vaccine on November 30, 2015. In January or early February 2016, he began to have a decline in mobility in his right arm and became progressively frustrated with difficulties attending to everyday tasks such as lifting anything above his shoulder, starting a lawn mower, changing ceiling light bulbs, painting, and playing golf. Pet. Ex. 2 at 1. "[I]n March or

early April 2016, I noticed [petitioner]'s right shoulder drooping and I urged him to see a doctor." Pet. Ex. 2 at 1.

According to Mrs. McCarthy, petitioner saw his PCP who advised that he had suffered nerve damage and recommended a neurologist. Pet. Ex. 2 at 1. Petitioner saw the neurologist in May 2016, who, after running tests, "concluded that [petitioner]'s pain, weakness, and muscle wasting was a result of the flu vaccine he received on November 30, 2015." *Id*. at 2. He diagnosed petitioner with post-vaccinal immune-mediated brachial plexopathy of the right upper extremity and recommended that petitioner not receive any further flu shots. *Id*. at 1-2.

Mrs. McCarthy affirmed that petitioner has no muscle mass in his right shoulder, suffers from severe drooping of the right upper extremity, and has very limited mobility of the right arm and shoulder even after two years of physical therapy. Though his weakness has stabilized, it will not get any better. *Id*. at 2.

Mrs. McCarthy believes that flu vaccine was the cause of petitioner's right brachial plexopathy. Pet. Ex. 2 at 2.

## IV. The Experts

The following is a brief summary of the respective experts' opinions which will be discussed in detail later in this decision. Though all medical literature is not discussed in full or cited herein, I have reviewed and carefully considered all the evidence in this matter.

### A. Petitioner's Expert, Dr. Lawrence Steinman[8]

Dr. Steinman authored four reports in this case and testified at hearing. Pet. Exs. 11, 36, 39, 47. He ultimately concluded that the flu vaccine caused petitioner's brachial neuritis.

Dr. Steinman acknowledged that few immunological studies exist on the proteins attacked in brachial neuritis. Pet. Ex. 39 at 4; Pet. Ex. 30; Pet. Ex. 31. He therefore used GBS as a surrogate because both involve peripheral nerve inflammation. Dr. Steinman listed the components of the 2015-2016 influenza vaccine which included an A/California/7/2009 (H1N1)-like virus, an A/Switzerland/9715293/2013 (H3N2)-like virus; a B/Phuket/3073/2013-like virus and a B/Brisbane/60/2008-like virus. Pet. Ex. 11 at 8; Pet. Ex. 18. He maintained that these components triggered petitioner's BN through molecular mimicry. Tr. 18. He explained that molecular mimicry is a well-established mechanism for autoimmune disease where viruses and bacteria "attempt to fool the body into granting them free access…by showing the immune system stretches of amino acids that look like self." Pet. Ex. 11 at 13. *See also* Pet. Ex. 21 at 4; Pet. Ex. 19; Pet. Ex. 20; Pet. Ex. 26 at 1, 4.

Dr. Steinman asserted that his theory here is simple and heavily supported by sound and reliable peer-reviewed publications which show that something in the vaccine petitioner received

[8] Dr. Steinman received his M.D. from Harvard University in 1973. Pet. Ex. 12. He is a board-certified neurologist and is a Professor of Neurology and Pediatrics at Stanford University. *Id*. He is well known to the Court.

could trigger an autoimmune-type inflammation. Tr. 19. Using peer reviewed articles and searches using BLAST, the Immune Epitope Database and the Influenza Research Database, he found that molecular mimicry exists between the components of the subject 2015-16 flu vaccine and components of the peripheral nerves known to be attacked in some forms of GBS, specifically Contactin-1 and hemagglutinin. Pet. Ex. 11 at 8-9, 12; Tr. 19-20; Tr. 27-29; Pet. Ex. 28. Contactin-1 has been associated with inflammatory neuropathy and found in patients with GBS. Pet. Ex. 11 at 12; Pet. Ex. 29; Pet. Ex. 30; Pet. Ex. 31. Hemagglutinin-neuraminidase, the H1N1 portion of the subject vaccination, can elicit anti-ganglioside antibodies associated with inflammatory neuropathy which is also associated with anti-ganglioside antibodies elicited in C. jejuni infection. Tr. 20; Pet. Ex. 11 at 11-12; Pet. Ex. 28; Pet Ex. 18. Therefore, there was at least something in the flu vaccine that has been shown in humans to trigger an immune response. Tr. 29; Pet. Ex. 39 at 1-2. Dr. Steinman asserted that, since experiments cannot be done on people, the platforms he used to construct his theory are the best available evidence. Pet. Ex. 39 at 4.

Dr. Steinman stated, "from the beginning my diagnosis was . . . more likely than not brachial plexitis post-vaccination, but . . . a radiation brachial plexitis was also present." That logic has remained and "my opinion has not changed." Tr. 106. "There is [sic] certainly grounds for stating that the confluence of radiation and the influenza vaccine on November 30, 2015, triggered the brachial plexitis. But if not for the influenza vaccine, brachial plexitis would not have been triggered, by a preponderance of the evidence on this complex matter." Pet. Ex. 11 at 7-8; Pet. Ex. 47 at 1-2, 5; Tr. 9, 14. He added that "*It is not necessary to choose one or the other diagnosis*." Pet. Ex. 47 at 5. He concluded that this was a complex case with a gentleman who had a vaccine and radiation treatment and "I see no basis for trying to get super precise on a case that has so many real-time, real-life elements. . . . I really stand by the language and the logic and the conclusions of all my reports." Tr. 108.

Finally, Dr. Steinman opined that petitioner's onset of symptoms was, at the earliest, in February 2016 and that a two month onset is supported by the literature which includes onset of BN "within 2 weeks in 78% of cases, 3 to 6 weeks in 10.75%, more than 6 weeks in 5%, and in 6.25% the time between plexopathy and vaccination was unknown." Pet. Ex. 11 at 21; Pet. Ex. 17.

### B. Respondent's Expert, Dr. Robert Naismith[9]

Dr. Naismith initially agreed with petitioner that the diagnosis was brachial neuritis. Resp. Ex. A at 2. He described BN as inflammation of the brachial plexus and associated peripheral nerves, typically unilateral, with onset of intense pain around the shoulder and scapular region, followed by weakness after one to two weeks. The weakness can vary in severity and distribution and may include muscle groups of the shoulder, arm, forearm, back, and thorax. There may be sensory disturbance. Brachial neuritis has a prevalence of two to three cases in 100,000 annually with most being idiopathic. There are, however, a host of potential antecedent events documented including infection, surgery, exercise, trauma, and vaccination. *Id*.

[9] Dr. Naismith received his M.D. at Case Western Reserve University School of Medicine in 1998. He is licensed to practice medicine in Missouri. He is currently a Professor of Neurology and the Neurology Clerkship Director at Washington University School of Medicine. Resp. Ex. E.

Dr. Naismith noted, however, that when an antecedent event is identified, onset is within two weeks, followed shortly by weakness. Resp. Ex. A at 2. He referenced the Vaccine Injury Table showing onset of BN injury associated with tetanus vaccine within two to 28 days of immunization with clinical diagnosis based on pain, weakness, nerve conduction, and electromyographic studies and no other condition to explain the symptoms. *Id*. Dr. Naismith added that, while petitioner fits the diagnosis of BN clinically, he received a flu vaccine, not tetanus, and his onset was in excess of 60 days following the vaccination, not two to 28 days. *Id*.

Dr. Naismith raised two questions: 1) Does evidence show that flu vaccine is associated with brachial neuritis?, and 2) Does evidence show that brachial neuritis can occur over 60 days after an antecedent event? Resp. Ex. A at 2. His answer to both is no.

Dr. Naismith opined that there is no established link through mechanistic or epidemiologic studies to show that the flu vaccine can cause BN and no logical sequence of cause and effect. GBS and BN are two different diseases; one cannot be substituted for the other. Further, there is no proximate temporal relationship. Petitioner's onset was over 60 days following the flu vaccine. Therefore, petitioner developed idiopathic brachial neuritis unrelated to the flu vaccine. Resp. Ex. F at 2; Resp. Ex. G at 2; Tr. 69. Specifically, in his final report, Dr. Naismith "provide[d] an updated diagnosis of **radiation-induced cranial neuropathy and plexopathy**." Resp. Ex. H at 1.

## V. Legal Standards

### A. Legal Standard Regarding Causation

The Vaccine Act provides two avenues for petitioners to receive compensation. First, a petitioner may demonstrate a "Table" injury—i.e., an injury listed on the Vaccine Injury Table that occurred within the provided time period. § 11(c)(1)(C)(i). "In such a case, causation is presumed." *Capizzano v. Sec'y of Health & Hum. Servs.*, 440 F.3d 1317, 1320 (Fed. Cir. 2006); *see* § 13(a)(1)(B). Second, where the alleged injury is not listed on the Vaccine Injury Table, a petitioner may demonstrate an "off-Table" injury, which requires that the petitioner "prove by a preponderance of the evidence that the vaccine at issue caused the injury." *Capizzano*, 440 F.3d at 1320; *see* § 11(c)(1)(C)(ii). Initially, a petitioner must provide evidence that he or she suffered, or continues to suffer, from a definitive injury. *Broekelschen v. Sec'y of Health & Hum. Servs*., 618 F.3d 1339, 1346 (Fed. Cir. 2010). A petitioner need not show that the vaccination was the sole cause, or even the predominant cause, of the alleged injury; showing that the vaccination was a "substantial factor" and a "but for" cause of the injury is sufficient for recovery. *See Pafford v. Sec'y of Health & Hum. Servs.*, 451 F.3d 1352, 1355 (Fed. Cir. 2006); *Shyface v. Sec'y of Health & Hum. Servs.*, 165 F.3d 1344, 1352 (Fed. Cir. 1999).[10]

To prove causation for an "off-Table" injury, petitioners must satisfy the three-pronged test established in *Althen v. Sec'y of Health & Hum. Servs*., 418 F.3d 1274 (Fed. Cir. 2005). *Althen* requires that petitioners show by preponderant evidence that a vaccination petitioner received

[10] The Vaccine Act also requires petitioners to show by preponderant evidence the vaccinee suffered from the "residual effects or complications" of the alleged vaccine-related injury for more than six months, died from the alleged vaccine-related injury, or required inpatient hospitalization and surgical intervention as a result of the alleged vaccine-related injury. § 11(c)(1)(D). It is undisputed that this requirement is satisfied in this case.

caused his or her injury "by providing: (1) a medical theory causally connecting the vaccination and the injury; (2) a logical sequence of cause and effect showing that the vaccination was the reason for the injury; and (3) a showing of a proximate temporal relationship between vaccination and injury." *Id*. at 1278. Together, these prongs must show "that the vaccine was 'not only a but-for cause of the injury but also a substantial factor in bringing about the injury.'" *Stone v. Sec'y of Health & Hum. Servs*., 676 F.3d 1373, 1379 (Fed. Cir. 2012) (quoting *Shyface*, 165 F.3d at 1352-53). Causation is determined on a case-by-case basis, with "no hard and fast per se scientific or medical rules." *Knudsen v. Sec'y of Health & Hum. Servs*., 35 F.3d 543, 548 (Fed. Cir. 1994). Petitioners are not required to identify "specific biological mechanisms" to establish causation, nor are they required to present "epidemiologic studies, rechallenge, the presence of pathological markers or genetic disposition, or general acceptance in the scientific or medical communities." *Capizzano*, 440 F.3d at 1325 (quoting *Althen*, 418 F.3d at 1280). "[C]lose calls regarding causation are resolved in favor of injured claimants." *Althen*, 418 F.3d at 1280.

Each of the *Althen* prongs requires a different showing. The first *Althen* prong requires petitioner to provide a "reputable medical theory" demonstrating that the vaccines received *can* cause the type of injury alleged. *Pafford*, 451 F.3d at 1355-56 (citation omitted). To satisfy this prong, petitioner's "theory of causation must be supported by a 'reputable medical or scientific explanation.'" *Andreu ex rel. Andreu v. Sec'y of Health & Hum. Servs.*, 569 F.3d 1367, 1379 (Fed. Cir. 2009) (quoting *Althen*, 418 F.3d at 1278). This theory need only be "legally probable, not medically or scientifically certain." *Id.* at 1380 (emphasis omitted) (quoting *Knudsen*, 35 F.3d at 548). Nevertheless, "petitioners [must] proffer trustworthy testimony from experts who can find support for their theories in medical literature." *LaLonde v. Sec'y of Health & Hum. Servs.*, 746 F.3d 1334, 1341 (Fed. Cir. 2014).

The second *Althen* prong requires proof of a "logical sequence of cause and effect." *Capizzano*, 440 F.3d at 1326 (quoting *Althen*, 418 F.3d at 1278). In other words, even if the vaccinations can cause the injury, petitioner must show "that it did so in [this] particular case." *Hodges v. Sec'y of Health & Hum. Servs.*, 9 F.3d 958, 962 n.4 (Fed. Cir. 1993) (citation omitted). "A reputable medical or scientific explanation must support this logical sequence of cause and effect," *id.* at 961 (citation omitted), and "treating physicians are likely to be in the best position to determine whether a logical sequence of cause and effect show[s] that the vaccination was the reason for the injury," *Paluck v. Sec'y of Health & Hum. Servs.*, 786 F.3d 1373, 1385 (Fed. Cir. 2015) (quoting *Andreu*, 569 F.3d at 1375). Petitioner is not, however, required "to eliminate alternative causes as part of establishing [their] prima facie case." *Doe v. Sec'y of Health & Hum. Servs.*, 601 F.3d 1349, 1357-58 (Fed. Cir. 2010); *see Walther v. Sec'y of Health & Hum. Servs.*, 485 F.3d 1146, 1152 (Fed. Cir. 2007) (holding that a "petitioner does not bear the burden of eliminating alternative independent potential causes").

To satisfy the third *Althen* prong, petitioner must establish a "proximate temporal relationship" between the vaccination and the alleged injury. *Althen*, 418 F.3d at 1281. This "requires preponderant proof that the onset of symptoms occurred within a timeframe for which, given the medical understanding of the disorder's etiology, it is medically acceptable to infer causation-in-fact." *De Bazan v. Sec'y of Health & Hum. Servs.*, 539 F.3d 1347, 1352 (Fed. Cir. 2008). Typically, "a petitioner's failure to satisfy the proximate temporal relationship prong is due to the fact that onset was too late after the administration of a vaccine for the vaccine to be the

cause." *Id.* However, "cases in which onset is too soon" also fail this prong; "in either case, the temporal relationship is not such that it is medically acceptable to conclude that the vaccination and the injury are causally linked." *Id.*; *see also Locane v. Sec'y of Health & Hum. Servs.*, 685 F.3d 1375, 1381 (Fed. Cir. 2012) ("[If] the illness was present before the vaccine was administered, logically, the vaccine could not have caused the illness.").

### B. Legal Standard Regarding Fact Finding

The process for making factual determinations in Vaccine Program cases begins with analyzing the medical records, which are required to be filed with the petition. § 11(c)(2). Medical records created contemporaneously with the events they describe are presumed to be accurate and "complete" such that they present all relevant information on a patient's health problems. *Cucuras v. Sec'y of Health & Hum. Servs.*, 993 F.2d 1525, 1528 (Fed. Cir. 1993). In making contemporaneous reports, "accuracy has an extra premium" given that the "proper treatment hang[s] in the balance." *Id.* Contemporaneous medical records that are clear, consistent, and complete warrant substantial weight "as trustworthy evidence." *Id*. Indeed, "where later testimony conflicts with earlier contemporaneous documents, courts generally give the contemporaneous documentation more weight." *Campbell ex rel. Campbell v. Sec'y of Health & Hum. Servs.*, 69 Fed. Cl. 775, 779 (2006); *see United States v. U.S. Gypsum Co.*, 333 U.S. 364, 396 (1948). But petitioners can support their claim with oral testimony if it is credible and consistent with the medical records. *See, e.g.*, *Stevenson ex rel. Stevenson v. Sec'y of Health & Hum. Servs.*, No. 90-2127V, 1994 WL 808592, at *7 (Fed. Cl. Spec. Mstr. June 27, 1994) (crediting the testimony of a fact witness whose "memory was sound" and "recollections were consistent with the other factual evidence"). In short, "the record as a whole" must be considered. § 13(a).

### C. Evaluating Expert Testimony

Establishing a sound and reliable medical theory connecting the vaccine to the injury often requires a petitioner to present expert testimony in support of his or her claim. *Lampe v. Sec'y of Health & Hum. Servs.*, 219 F.3d 1357, 1361 (Fed. Cir. 2000). The Supreme Court's opinion in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), requires that courts determine the reliability of an expert opinion before it may be considered as evidence. "In short, the requirement that an expert's testimony pertain to 'scientific knowledge' establishes a standard of evidentiary reliability." *Id.* at 590 (citation omitted). Thus, for Vaccine Act claims, a "special master is entitled to require some indicia of reliability to support the assertion of the expert witness." *Moberly ex rel. Moberly v. Sec'y of Health & Hum. Servs.*, 592 F.3d 1315, 1324 (Fed. Cir. 2010). The *Daubert* factors are used in weighing the reliability of scientific evidence proffered. *Davis v. Sec'y of Health & Hum. Servs.*, 94 Fed. Cl. 53, 66-67 (2010) ("uniquely in this Circuit, the *Daubert* factors have been employed also as an acceptable evidentiary-gauging tool with respect to persuasiveness of expert testimony already admitted"). Where both sides offer expert testimony, a special master's decision may be "based on the credibility of the experts and the relative persuasiveness of their competing theories." *Broekelschen*, 618 F.3d at 1347 (citing *Lampe*, 219 F.3d at 1362). And nothing requires the acceptance of an expert's conclusion "connected to existing data only by the *ipse dixit* of the expert," especially if "there is simply too great an analytical gap between the data and the opinion proffered." *Snyder ex rel. Snyder v. Sec'y*

*of Health & Hum. Servs.*, 88 Fed. Cl. 706, 743 (2009) (quoting *Gen. Elec. Co. v. Joiner*, 522 U.S. 136, 146 (1997)).

### D. Consideration of Medical Literature

Finally, although this decision discusses some but not all of the literature in detail, the undersigned reviewed and considered all of the medical records and literature submitted in this matter. *See Moriarty ex rel. Moriarty v. Sec'y of Health & Hum. Servs.*, 844 F.3d 1322, 1328 (Fed. Cir. 2016) ("We generally presume that a special master considered the relevant record evidence even though [s]he does not explicitly reference such evidence in h[er] decision."); *Simanski v. Sec'y of Health & Hum. Servs.*, 115 Fed. Cl. 407, 436 (2014) ("[A] Special Master is 'not required to discuss every piece of evidence or testimony in her decision.'") (citation omitted), *aff'd*, 601 F. App'x 982 (Fed. Cir. 2015).

## VI. Discussion

Because petitioner does not allege an injury listed on the Vaccine Injury Table, his claim is classified as "off-Table." As noted above, for petitioner to prevail on an "off-Table" claim, he must submit a sound and reliable theory that his injury resulted from the flu vaccine. *Capizzano*, 440 F.3d at 1320. Doing so shifts the burden to respondent to show that the injury was caused by factors unrelated to the vaccination. *Deribeaux ex rel. Deribeaux v. Sec'y of Health & Hum. Servs.*, 717 F.3d 1363, 1367 (Fed. Cir. 2013).

Two pivotal questions exist in this case before considering whether a flu vaccine can cause BN under *Althen* Prong I. One is whether petitioner's BN was vaccine-related or the result of his radiation treatment to his head and neck. The second is the onset of his symptoms. A negative finding in either question effectively ends petitioner's case. Here, petitioner has failed to provide preponderant evidence to support that his BN was vaccine-related or that the onset of his symptoms was within a medically appropriate time to be vaccine-related.

### A. Brachial Neuritis vs. Post-Radiation Plexitis

#### i. Expert Opinions

##### 1. Dr. Steinman

Dr. Steinman relied on the Vaccine Injury Table and defined BN as a dysfunction limited to the upper extremity nerve plexus (i.e., trunk, divisions, or cords) with onset usually involving severe aching pain in the shoulder and upper arm followed by weakness in the affected upper extremity muscle groups days or weeks later. Sensory loss is a generally less noticeable feature. Atrophy of the affected muscle may occur. The neuritis may be on the same or opposite side of the injection or sometimes in both arms. Pet. Ex. 11 at 7. Dr. Steinman asserted, however, that pain is not universal. *Id*.

He acknowledged that radiation treatment radiates the tumor and injures the surrounding area as well. The "[i]njury sets up inflammation[,] . . . a well-known concomitant or

accompaniment of getting radiation." Tr. 16. He referred to the onset of radiation-related symptoms as occurring six months to 20 years after radiation treatment with numbness, parathesias, dysesthesia, lymphedema, and motor weakness. Pet. Ex. 11 at 7; Pet. Ex. 16. He noted that the neurogenic pain varies with associated fibrosis of the scapulothoracic and glenohumeral joints leading to restricted range of motion of the shoulder. Pet. Ex. 11 at 7. The progression of symptoms is gradual in two-thirds of patients, and some may present with paresthesia and pain which later progresses to weakness in the affected limb. The pain subsides and the weakness becomes more profound and severe. Some may experience persistent complete paralysis of the limb. About one-third of patients deteriorate quickly and have sensorimotor deficits. Rarely, the disorder is mild, and the progression may become arrested or reversible. *Id*.

Dr. Steinman opined that petitioner suffered an inflammatory attack against the brachial plexus, that both the vaccine and radiation treatment were "tenable" diagnoses, and both are potential causes. Post-radiation plexitis has a much later onset, sometimes exceeding 20 years after treatment. Petitioner's radiation treatment was only ten years prior to his flu vaccine. Onset from a flu vaccine has been documented within two weeks in 78% of cases studied, three to six weeks in 10.75%, and more than six weeks in 5%. Further, post-radiation plexitis occurs most often in breast cancer patients where radiation treatment is much lower on the body than petitioner's would have been to his neck. Tr. 9, 14, 16, 31; Pet. Ex. 11 at 7-8; Pet. Ex. 16; Pet. Ex. 17; Pet. Ex. 47 at 1-2, 5. Therefore, according to Dr. Steinman, when considering a 60-day onset after vaccination versus ten years after radiation treatment, the vaccine was more likely the cause. Tr. 30-31. *van Alfen* showed that 5% of cases of BN occur more than six weeks after flu vaccination. Petitioner's laryngeal nerve palsy arose 17 years after his radiation treatment in 2005. Pet. Ex. 47 at 5. After "[w]eighing these two alternatives, and given the timing," Dr. Steinman placed more weight on vaccine-induced brachial neuritis than radiation-induced brachial plexitis. "There is certainly grounds for stating that the confluence of radiation and the influenza vaccine on November 30, 2015, triggered the brachial plexitis. But if not for the influenza vaccine, brachial plexitis would not have been triggered, by a preponderance of the evidence on this complex matter." Pet. Ex. 11 at 7-8; Pet. Ex. 47 at 1-2, 5; Tr. 9, 14. He added that "*It is not necessary to choose one or the other diagnosis.*" Pet. Ex. 47 at 5.

When the hearing resumed, he stated that "from the beginning my diagnosis was . . . more likely than not brachial plexitis post-vaccination, but . . . a radiation brachial plexitis was also present." That logic has remained and "my opinion has not changed." Tr. 106. He then stated that there was both radiation-induced plexitis to account for involvement of the laryngeal nerve and post-vaccination BN for the involvement of the other muscles. Tr. 107. Involvement of the supraspinatus, dorsal scapular, and sternocleidomastoid are seen in a minority of BN patients, "but that particular constellation would not be attributable to the radiation. So I just don't find that you could explain everything by the radiation." Tr. 108-09. Further, both diagnoses were involved due to the temporal proximity with the vaccination which allowed him to provide a theory even though not much is known in this area. Tr. 107. He concluded that this was a complex case with a gentleman who had a vaccine and radiation treatment and "I see no basis for trying to get super precise on a case that has so many real-time, real-life elements. . . . I really stand by the language and the logic and the conclusions of all my reports." Tr. 108.

Dr. Steinman argued that, in his experience, atypical presentations are not unusual for vaccine cases, with many in the Program falling outside the statistical norms. Tr. 107-108; Pet. Ex. 47 at 2, 4. Petitioner presented without the onset of intense pain which is normally attributed to BN. But, according to Dr. Steinman, this is explained by *van Alfen*, who showed that only 96.3% of BN patients present with intense pain; therefore, 3.7% of patients do not. Therefore, intense pain is not universal with a small percentage falling outside the majority. Pet. Ex. 47 at 2; Resp. Ex. C. *van Alfen* also referred to a "stuttering onset in 18.7% of cases" of pain. Pet. Ex. 47 at 2; Resp. Ex. C.

Dr. Steinman submitted that diversity exists amongst the experts as well as the treating physicians in this case. Tr. 109. Dr. Wong found right upper extremity weakness and pain favoring a diagnosis of brachial plexitis and included that infectious post vaccinal processes are a triggering factor for BN with petitioner's only inciting factor being a flu shot. Pet. Ex. 47 at 2-3; Pet. Ex. 3, Pet. Ex. 4 at 50; Pet. Ex. 16; Pet. Ex. 17. The electromyogram showed damage to the supraspinatus and infraspinatus muscles that innervate the brachial plexus. Tr. 31. Dr. Cameron believed petitioner suffered from post-radiation syndrome secondary to his squamous cell carcinoma because petitioner did not experience the intense pain which typically precedes BN. Tr. 18; Pet. Ex. 11 at 6. Dr. Cameron pointed to radiation-induced changes on the cervical MRI down to approximately C7 concluding that post-radiation brachial plexitis was possible. Pet. Ex. 47 at 3-4; Pet. Ex. 9 at 779-81. Dr. Du found atrophy and weakness in the trapezius and SCM muscle group innervated by cranial nerve XI outside the brachial plexus and concluded that the chance of vaccine-induced BN was low. However, Dr. Steinman argued that *van Alfen* noted that the sternocleidomastoid which is innervated by cranial nerve XI affects BN patients 7.2% of the time. Pet. Ex. 47 at 4. The "[r]homboids that are innervated by the dorsal scapular nerve are affected 54.2% of the time in brachial plexitis." *Id*.; Resp. Ex. C. Dr. Wong noted that the rhomboids were affected on the right side. Pet. Ex. 47 at 4-5; Resp. Ex. H at 5; Resp. Ex. C Table 4; Pet. Ex. 4 at 50. Further, the trapezius was also affected on the right, which occurs 19.9% of the time in brachial plexitis. Pet. Ex. 47 at 5; Resp. Ex. C Table 4.

Dr. Steinman concluded that "[t]he proximity of the findings in 2016 following the influenza vaccination puts the focus on the R shoulder muscles, and this is most logically linked to the influenza immunization. The 2022 vocal cord paralysis could be a delayed effect of his radiation therapy in 2005." Pet. Ex. 47 at 5. "I think the safe home for all of this is to just look at all the facts and say both are explanations, and the initial presentations was [sic] more likely than not the brachial plexitis post-vaccination, and there's no doubt that some of the symptoms were due to what was in the radiation field. So that remains and continues to be my opinion in this case." Tr. 109. When pressed about the anatomy and what would fall within the fields of radiation, Dr. Steinman stated that he is not a therapeutic radiologist but believes it is a fuzzy area but could not be more precise in this "gray zone." Tr. 117.

**2. Dr. Naismith**

Dr. Naismith explained that, clinically, BN presents quickly with intense pain followed by weakness in the upper arm, particularly when rotating internally and externally, and with flexion. Other muscles are less commonly involved. Tr. 48. The brachial nerves come out of the nerve roots with confluence of C-5 to T1, descend the neck and behind the clavicle where they come

together then cross along one another before splitting off and going to innervate the arm and upper trunk, chest, and back, then descend into the armpit or axilla. Tr. 48-49. The nerves and muscles involved are those that rotate the arm, the rhomboids, supraspinatus, and infraspinatus, stabilize the scapula through the serratus anterior, and flex the biceps and brachial radialis. Tr. 50. The lower arm, chest, and trunk can also be affected. *Id*. *van Alfen* shows the muscles involved. *Id*.; Resp. Ex. C Table 4.

Petitioner's onset was atypical, insidious, and without intense pain. Tr. 53-54. He reported various onsets without reference to any specific time. Therefore, the onset was not acute. Additionally, petitioner's complaints did not involve the usual muscles. *Id*. His PCP, upon first presentation, assessed the involvement of the trapezius and sternocleidomastoid muscles, which shrug the shoulders and turn the neck respectively. This is notable because these muscles are innervated by cranial nerve XI, the spinal accessory nerve that courses through the neck, and does not come off the brachial plexus, but from above it. Atrophy was found in these muscles in April. Tr. 55-56. In Dr. Cameron's opinion, petitioner's symptoms argued against BN because of the insidious onset without the typical intense pain with some cervical stenosis on MRI and no myopathy on examination. Tr. 67-68; Pet. Ex. 9 at 237-39. Her examination showed involvement of the dorsal and supraspinatus nerves, both originating from the posterior trunk of the brachial plexus. This led to her opinion that petitioner's condition was post-radiation brachial plexitis, although the timing was a bit delayed. Tr. 68.

In December of 2020, Dr. Du, a neuromuscular specialist who specializes in diseases of the peripheral nervous system including BN, found weakness in the trapezius and SCM with head rotation and shoulder shrug, but the infraspinatus and deltoid muscles had full strength without atrophy, and the rhomboids were symmetrical for both sides without weakness or atrophy. Dr. Du noted this on the 2016 MRI as well. Tr. 63-64; Pet. Ex. 48 at 481. Dr. Du's review of the EMGs from 2016 and 2018 noted neurogenic changes in some of the muscles around the scapulae with difficulties visualizing the brachial plexus due to the abnormalities in the trapezius. She questioned how much of the brachial plexus was involved and whether petitioner's condition was radiation related. She thought the likelihood of petitioner's BN being vaccine-associated was low and suggested he receive the shingles, COVID, and pneumococcal vaccines. Tr. 65. Dr. Naismith added that Dr. Du's findings revealed that the cranial nerves, the SCM and trapezius muscles, and spinal accessory nerves were affected. Petitioner's vocal cord involvement pointed to the radiation zone of nerves X and XI. Tr. 65.

Dr. Naismith also addressed the EMG findings which show which muscles were not getting proper innervation. Petitioner's EMG showed that the first two nerves of the plexus, which come off the upper branch at C-5 and go back to the scapula, were affected. Tr. 56. "So it's the dorsal scapular nerve, and then the suprascapular nerve. So the suprascapular nerve does the supra and infraspinatus muscles, and the dorsal scapular does the levator and rhomboids." Tr. 57. These nerves are quite high up. *Id*. The plexus has upper, middle, and lower nerves; the upper affects the shoulder and upper arm, while the lower affects the hand. The first two nerves are apparent behind the clavicle. Tr. 58.

Dr. Naismith concluded that petitioner has radiation-induced cranial neuropathy and plexopathy. Tr. 58. In 2022, petitioner developed a weak voice due to vocal cord paralysis with

evaluation and imaging concluding it was radiation induced. "[T]his is illustrating that there's progression of the disease, that it affected the accessory nerve, cranial nerve 11, but it also affected one of the branches off of cranial nerve 10 going to the larynx, causing that vocal cord paresis." Tr. 59; Pet. Ex. 44; Pet. Ex. 45.

Dr. Naismith initially thought BN was the correct diagnosis before he had all the data. Tr. 97, 98, 99; Resp. Ex. A at 2. His opinion changed after review of the updated medical records which confirmed a diagnosis of radiation-induced cranial neuropathy and plexopathy due to the involvement of cranial nerves X and XI, along with the dorsal scapular and the suprascapular nerves in the field of radiation. Tr. 90-100; Resp. Ex. H at 1; Pet. Ex. 38; Pet. Ex. 44; Pet. Ex. 45.

Petitioner presented with weakness and atrophy in muscles uncommon for BN, innervated outside the brachial plexus and involving CN XI. CN XI innervates the trapezius muscle which in turn shrugs the shoulder, the dorsal scapular, suprascapular nerves, and muscles around the scapular that hold the shoulder in place. Tr. 87-88. Later, CN X, the laryngeal nerve, was involved with vocal cord paralysis. Petitioner's recovery and reinnervation of these muscles show they were less severely affected, consistent with less direct radiation injury compared to the persistently involved cranial nerves. Resp. Ex. H at 5.

Dr. Naismith pointed out that, when petitioner first presented in April of 2016, his PCP noted weakness and atrophy in the trapezius and sternocleidomastoid innervated by CN XI. Tr. 89; Resp. Ex. H at 2. Later, the rhomboid, supraspinatus, and infraspinatus muscles recovered, but the CN XI weakness and atrophy persisted with subsequent involvement of CN X. Resp. Ex. H at 2-3. Radiation changes were noted by Dr. Cameron on the 2016 MRI at C6. *Id*. Dr. Du documented the prominence of CN XI involvement in December of 2020. In 2022, petitioner progressed to right-sided vocal cord paresis involving CN X with laryngeal involvement. *Id*. at 3. This progression fits the pattern of radiation induced cranial neuropathy with some minor involvement of the brachial plexus. Tr. 86. Viewing the whole picture "holistically" in the context of prior radiation injury with the proximity of the different nerves and structures in the field of radiation, it speaks against a vaccine-induced BN. Tr. 90.

Petitioner was later noted by the ENT to have radiation-induced skin changes, fibrosis, and neovascularization with blood vessel formation in this area. Tr. 90-91. Radiation neuropathy and changes occur over a prolonged period of time. Tr. 100. While both Dr. Naismith and Dr. Steinman considered radiation as a causal factor in their initial reports, petitioner's updated medical records highlighted the progression of radiation induced injury supporting his opinion that the flu vaccine did not precipitate or worsen this radiation-induced complication. Resp. Ex. H at 1.

Dr. Naismith summarized that petitioner's presentation, symptoms, nerve involvement, distribution, recovery of some muscle, and subsequent progression were all atypical for vaccine-induced BN. The onset was insidious and chronic. Pain, if any, was mild with no neuropathic description. And there was no sensory loss by history or on examination. Resp. Ex. H at 2. Dr. Wong found no sensory disturbance on examination. *Id*. at 3. Dr. Cameron noted painless weakness, that argued against BN, with post-radiation induced changes on the cervical MRI down to approximately C6. He concluded that post-radiation BN was possible. *Id*. Dr. Du noted atrophy and weakness in the trapezius and SCM muscle groups which are innervated by CN XI outside the

brachial plexus with normal strength and no atrophy of the rhomboids innervated by the dorsal scapular nerve from the upper brachial plexus. *Id*. The rhomboid musculature was symmetric on MRI for the left and the right sides. Examination confirmed dorsal scapular and suprascapular innervated muscle group improvement with persistent weakness and atrophy in the spinal accessory nerve distribution. Dr. Du wrote that the spinal accessory nerve located in the neck does not derive from the brachial plexus, leading her to question if he had right spinal accessory neuropathy related to radiation treatment. She encouraged petitioner to get vaccinated against shingles, pneumonia, and COVID, believing the likelihood that his condition and the flu vaccine were related to be low. Dr. Du included Dr. Wong's prior findings and diagnosis but conducted her own examination resulting in her findings. Tr. 100-101. In January of 2023, petitioner's ENT found a weak voice with diffuse radiation changes in petitioner's oropharynx and neck, CN X. Resp. Ex. H at 3.

Dr. Naismith contended that peripheral nervous system injury is a well-recognized complication from radiation treatment, occurring within weeks to 20 years after treatment. Resp. Ex. H at 3; Resp. Ex. H-1. The pathology varies over time with a subacute inflammatory or necrotic phase to a late chronic fibrotic or degenerative phase. "The etiology and pathology of late nerve injury is non-inflammatory, fibrotic, degenerative, compressive, and ischemic". Resp. Ex. H at 3. *Dong* included 112 patients who underwent head and neck radiation. 14% suffered at least one cranial nerve palsy after about eight years. *Id*.; Resp. Ex. H-2. *Luk* evaluated radiation-induced cranial nerve palsy findings and found that 3.7% developed complications within 8.9 years. Resp. Ex. H at 4; Resp. Ex. H-3. *Huang* presented a patient, like petitioner, who had tonsil cancer treated with radiation then developed hoarseness and vocal cord paralysis, left trapezius weakness and atrophy years later with the distribution of the radiation-induced nerve injury being the same as petitioner. Resp. Ex. H at 4; Resp. Ex. H-4.

Dr. Naismith stated this is not an inflammatory process ten years later, but more a neuropathy or plexopathy from a fibrotic reaction where scar tissue forms in the area around the nerves that are being compressed or are ischemic from the effect on blood flow. There can even be changes within the nerves themselves from metabolic and stress demands in the area. Tr. 61-62; Resp. Ex. H-4 at 2-3. Dr. Naismith disagreed that petitioner suffered from an inflammatory process from the flu vaccine, but rather long-term fibrotic sequela of treatment that was lifesaving but with well-known complications. Tr. 62.

Dr. Naismith ultimately concluded that no proof existed that flu vaccine could cause BN and petitioner's onset was too long after the flu vaccine to be associated with it. He opined that petitioner suffered from radiation induced brachial plexopathy evidenced by the objective testing showing involvement of CN XI and subsequently CN X and petitioner's development of other sequela involving these nerves all of which are within the triangle of radiation for head and neck cancers that petitioner received in 2005. This also explained petitioner's atypical presentation. Dr. Naismith added that the flu vaccine was not associated with petitioner's injuries. Tr. 69; Resp. Ex. H at 1; Pet. Ex. 38; Pet. Ex. 44; Pet. Ex. 45.

**ii. Analysis**

Petitioner is required to establish that he suffered the injury alleged. *See Broekelschen*, 618 F.3d at 1346 (In some circumstances, the special master may "first determine which injury was best supported by the evidence in the record before applying the *Althen* test."). The accuracy of a diagnosis includes weighing the diagnostic criteria and signs and symptoms with guidance from medical providers and the experts.

Petitioner alleges that he suffered brachial neuritis from a flu vaccine which is characterized by attacks of neuropathic or severe burning pain of the affected arm replaced by profound weakness days to weeks later predominantly involving the supraspinatus, infraspinatus, deltoid, biceps, and occasionally the triceps muscles. Resp. Ex. A-1 at 2; Resp. Ex. A-2 at 1, 3, Figure 1; Resp. Ex. B at 2; Resp. Ex. C at 4, Table 4. 96%.3 of patients experience typical, very severe, relentless, neuropathic pain with 90.8% reporting the pain as continuous. Resp. Ex. C at 4. 39.7% reported initial pain in or radiating from the shoulder to the arm, 35.4% from the neck down the arm, 18.8% from the scapular or dorsal region to the chest wall and/or arm, and 6.1% had pain confined to the lower plexus distribution, meaning the medial arm and/or hand and axilla. *Id*. A small percentage report pain restricted to the scapula, neck or upper arm, or posterior cervical and chest wall region. *Id*. Sensory symptoms during an attack were reported by 69.2% of patients and after clinical examination there was sensory involvement found in 78.4% of patients. *Id*. at 6.

MRI and EMG/NCS studies for BN show abnormalities suggestive of denervation, including edema, atrophy, and wasting of the shoulder girdle muscles and demonstrate underlying pathology, conduction block, demyelination, or Wallerian degeneration, respectively. Denervation changes are most prominent in muscles supplied by a single nerve, although subtle changes may be detected in the distribution of additional nerves, substantiating localization to the brachial plexus. Resp. Ex. A-6 at 4.

Radiation-induced brachial plexopathy among breast, head, and neck cancer survivors post-radiation treatment involves the lower cranial nerves, IX, X, XI ,and XII. Resp. Ex. H-2 at 3; Resp. Ex. H-3. Onset is delayed over months to years due to local damage to nerve tissue partly attributable to microvascular injury, followed by radiation-induced fibrosis combined with neurological injury. Resp. Ex. H-1 at 1-2. Motor weakness is progressive usually starting in the median nerve affecting the hand, forearm, and upper arm with skin and muscle atrophy. EMG/NCS identifies the level of the plexus injury. *Id*. at 3-4. CN X, the vagus nerve, controls the muscle of the pharynx and all intrinsic muscles of the larynx, or vocal cords, vital for swallowing and speaking. CN XI, the accessory nerve, controls the sternocleidomastoid and trapezius muscles enabling head rotation, neck flexion, and shoulder elevation or abduction.

*Suarez* discussed BN as an isolated involvement of the brachial plexus which begins acutely with pain and sensory symptoms, followed by weakness in the distribution of the upper, lower or both upper and lower portions of the brachial plexus. Pet. Ex. 32 at 1. *Miller* distinguished BN from cervical radiculopathy due to its acute onset of pain and sensory issues then weakness. Noting that it involves one nerve best seen on EMG/NCS studies. Resp. Ex. A-2. *van Alfen*, a review article, distinguished between BN and peripheral nervous system disorder. Winging of the shoulder blade is common due to the involvement of the thoracic nerve, although any part of the

plexus can be involved including the phrenic nerve that originates from the anterior rami of the C3-C5 nerve roots and consists of motor sensory and sympathetic nerve fibers. Resp. Ex. A-8 at 1.

*Huang* detailed the associated deficits caused by chemoradiotherapy including swallow, speech, shoulder function, and voice. Case studies were included. Resp. Ex. H-4. The first involved a 45-year-old male treated for left tonsil squamous cell carcinoma who developed onset of hoarseness and left shoulder weakness five years after treatment. Examination revealed atrophy of the left trapezius muscle and left vocal cord paralysis. *Id*. The second involved a 60-year-old female treated for right tonsil cancer who developed dysphonia with right vocal cord paralysis three years later. A year after that she presented with tongue weakness. *Id*. at 2. The third involved a 56-year-old male treated for left tonsil cancer who developed hoarseness and vocal cord paralysis six years later with additional issues developing in the years thereafter. *Id*. *Huang* showed that, following radiation treatment for head and neck squamous cell carcinoma, peripheral nerves exhibit fibrosis and Wallerian degeneration with lower cranial nerve injury thought to be caused by primary radiation-induced damage or secondary to progressive fibrosis of the soft tissue adjacent to the nerves resulting in delayed injury to neural vascular supply. *Id*. at 2-3.

*Lin* found 19 of 1200 patients treated for nasopharyngeal cancers developed delayed cranial nerve palsies with the hypoglossal nerve most often affected, followed by the vagus nerve and spinal accessary nerve closely behind. Resp. Ex. H-4 at 3. The damage was thought to be either direct fibrosis or vascular injury. The onset ranged from 12 to 240 months, or 20 years, after radiation exposure. "Cranial nerve dysfunction following head and neck irradiation is a complex problem," and once recurrence of cancer is ruled out, symptomatic treatment should be pursued. *Id*. *See also* Resp. Ex. H-3. *Dong* found median onset of radiation-induced nerve dysfunction to be between five and 11 years. Onset most commonly occurs in the XII and X cranial nerves with cranial neuropathy appreciated in CN V, IX, and XI as well. Resp. Ex. H-2 at 2, 3. The nerves affected are critical for the function of tasting, swallowing, breathing, and speaking. The result can be fatal. *Id*. at 3. *Delanian* discussed onset of paresthesia or dysesthesia in the context of radiation-induced neuropathies in the axillary or supraclavicular area, with neuropathic pain generally rare, and motor weakness progressive but often delayed. Resp. Ex. H-1. Motor weakness varies with the level of plexus damage predominating at the upper and lower plexus. It usually starts with carpal tunnel spreading into the forearm and upper arm with an insidious onset over several months and years. *Id*. at 3

Against the backdrop of the expert opinions and the medical literature, the medical findings by petitioner's treating physicians include the following. Petitioner presented to Dr. Wong who found right scapula winging, especially upon testing the right trapezius muscle group and the rhomboids to a lesser extent, noting no serratus anterior weakness. His assessment was "most likely" BN. Pet. Ex. 4 at 49-50. PT evaluation found a loss of robust scapula stability due to lower, mid, and upper trapezius weakness, reducing shoulder strength. Pet. Ex. 5 at 1-2. At a return visit in August 2016, Dr. Wong noted petitioner's development of right upper extremity weakness, particularly in the shoulder girdle, that "gradually progressed" with trouble abducting his right arm, but no weakness in the arm, biceps, triceps, or hand, and dull aching but no pain. Pet. Ex. 4 at 52.

Next, Dr. Cameron noted an insidious onset of painless weakness with cervical stenosis and radiation changes to C7 on MRI. Examination revealed involvement of the dorsal scapular nerve and suprascapular nerve which both originate from the posterior truck of the brachial plexus. Post-radiation injury was raised. Pet. Ex. 4 at 53. At a return visit in September 2016, Dr. Wong noted weakness and atrophy of the right suprascapular, spinal accessory and dorsal scapular innervated muscle groups with "sparing of all other nerves innervating the right upper extremity." No sensory deficits or lesions were noted on neuroimaging. An EMG revealed right cranial and cervical innervated muscle groups, active denervation with chronic reinnervation changes, and decreased recruitment in suprascapular, dorsal scapular, and spinal accessory innervated muscle groups, with right chronic cervical C7 radiculopathy correlating with cervical spine disease. Pet. Ex. 3 at 16, 26.

In February 2017 petitioner presented to PT and continued to show trapezius wasting, lower trapezius weakness, positive scapular dyskinesia, and upper trapezius atrophy with loss of abduction strength. Pet. Ex. 5 at 11. In March 2017, Dr. Wong wrote that a 2016 EMG confirmed a focal neurogenic process affecting the dorsal scapular and spinal accessory and suprascapular nerve groups consistent with "brachial plexopathy." Pet. Ex. 4 at 58-59, 70. Visits with Dr. Wong in September 2017 and March 2018 indicated that petitioner regained strength in the suprascapular innervated muscle groups. Pet. Ex. 9 at 147; Pet. Ex. 10 at 16, 19. A repeat EMG in June 2018 revealed a focal neurogenic process affecting the suprascapular, dorsal scapula, and spinal accessory nerves *without evidence of widespread process affecting other portions of the brachial plexus or nerves consistent with what is seen in BN*. Further, there was right chronic cervical C7 radiculopathy which correlated with his cervical spine disease, mild carpal tunnel syndrome, and mild ulnar mononeuropathy of the right elbow. Pet. Ex. 9 at 105.

In December 2018, Dr. Pearson included right proximal upper extremity weakness "suspected" to be secondary to "brachial plexitis" without stable neurological examination. Pet. Ex. 10 at 4. Dr. Du noted that an MRI showed significant pathology accounting for his weakness. Examination revealed reduced muscle bulk in the right SCM and trapezius, lateral displacement of the right scapula, subtle weakness in head rotation to the left, weakness of right shoulder shrug, and abduction with full muscle strength of the right arm, infraspinatus, and biceps muscle. The right rhomboid was palpable and symmetric with the left. There was localization to the right trapezius and scapula muscles, with good muscle strength in the rhomboid, infraspinatus and deltoid muscles suggesting this was radiation-induced. Pet. Ex. 38 at 482.

Testimony from treating physicians and contemporaneous treatment notes are "quite probative since treating physicians are likely to be in the best position to determine whether a logical sequence of cause and effect shows that the vaccination was the reason for the injury." *Andreu*, 569 F3d at 1375 (cleaned up) (citation omitted). Indeed, "medical records and medical opinion testimony are favored in vaccine cases." *Capizzano*, 440 F.3d at 1326. Here, petitioner's treating physicians consistently noted the insidious onset of painless or achy progressive right arm weakness with involvement of the suprascapular, dorsal scapula and spinal accessory nerves, weakness in head rotation, and right shoulder abduction with localization to the right trapezius and SCM muscles. The lack of involvement of the supraspinatus and infraspinatus, deltoid, biceps and triceps with full right arm strength was also noted. These findings support radiation-induced brachial plexopathy, and not inflammatory vaccine-induced brachial neuritis.

Petitioner's medical history includes tonsillar cancer in 2005 treated with aggressive chemoradiation at 70 Gray[11] from which he suffered sequela. He received a flu vaccine on November 30, 2015, with no reported adverse effects. Pet. Ex. 1 at 1. 128 days later, he presented with right shoulder weakness, right scapular winging, atrophy of the right shoulder, no sensory deficits, and normal biceps, triceps, and lower arm strength. He did not report an onset of intense pain, but rather aching and no trauma. Whether he awoke that way in early March, late February, early February, or January, onset was in excess of eight weeks post-vaccination. Onset occurred, at the earliest, between 63 and 90 days, was insidious and progressive, with objective testing revealing the involvement of cranial nerves XII and X. He has since developed many other injuries associated with radiation treatment.

There are certainly overlaps in the clinical presentation of BN and radiation-induced brachial plexus injury, until all of the facts and objective findings are considered holistically, as Dr. Naismith suggested. BN includes dysfunction of the upper extremity nerve plexus, presenting clinically with intense pain unlike anything previously experienced followed in days or weeks by weakness in the affected upper extremity muscle groups. Atrophy may occur and winging of the shoulder blade is the most obvious sign. 42 C.F.R. § 100.3(c)(6); Resp. Ex. A-1 at 1-2; Resp. Ex. A-2 at 1, 3, Figure 1; Resp. Ex. A-6 at 1; Resp. Ex. A-8 at 1-2. BN involves one nerve. Resp. Ex. A-2; Resp. Ex. A-6 at 4. EMG/NCS studies show abnormalities suggestive of denervation, including edema, atrophy, and wasting in the affected shoulder girdle muscles and findings depending on the underlying pathology of conduction block, demyelination or Wallerian degeneration. Resp. Ex. A-6 at 4. "[O]ften denervation changes are most prominent in muscles supplied by a single nerve, but subtle changes may be detected in the distribution of additional nerves, substantiating localization to the brachial plexus." *Id*.

Petitioner's injury however is best described as radiation-induced based on the totality of the evidence. Petitioner has not met his burden of establishing with preponderant evidence that he suffered from a vaccine related BN, but rather a radiation-induced brachial plexitis.[12]

---

[11] Gray refers to a "unit of absorbed radiation dose equal to 100 rads." Dorland's Illustrated Medical Dictionary 797 (33rd ed. 2020). 70 gray represents an aggressive course of radiation therapy. Compare this level to the cases cited in *Delanian*, showing levels most commonly in the 40-50 Gy range. Resp. Ex. H-1 at 5-6.

[12] The detailed analysis here considers, as a preliminary matter, what injury petitioner suffered (brachial neuritis or radiation-induced brachial plexopathy). *See Broekelschen*, 618 F.3d at 1349 ("[I]t [is] appropriate for the special master to initially determine which injury [petitioner] suffered before applying the *Althen* test.") Nevertheless, an analysis through the lens of *Althen* Prong II would have yielded the same result. *See Althen*, 418 F.3d at 1278 (Prong II requires "a logical sequence of cause and effect showing that the vaccination was the reason for the injury."). As noted above, BN is thought to be the result of an autoimmune trigger. Resp. Ex. A-8 at 1, 5. Radiation-induced brachial plexopathy is, as the name suggests, a consequence of radiation whose onset occurs over months or years. Resp. Ex. H-1 at 1, 2. As fully detailed above, the two injuries typically manifest in distinct ways, and petitioner's injury manifested as would be expected from a radiation-induced reaction rather than an autoimmune etiology.

When opining on which he found more likely between the two injuries, Dr. Steinman said that "the proximity makes it much more difficult for me to say, well, let's go back many, many, many years and point to the radiation as being more important than the vaccine." Tr. 31. Based upon this, Dr. Steinman opined that both diagnoses, BN and radiation-induced brachial plexopathy, are "tenable." *Id*. He noted that "if it were 90 days, I couldn't reach the conclusion that I reached. If it were 56 days, I could say it more emphatically. But here we are at something like 60. So I think it's by a preponderance of evidence, and I think it's 60 days is . . . acceptable." Tr. 32.

### B. *Althen* Prong III: Petitioner Has Not Established a Proximate Temporal Relationship

Having found that petitioner did not suffer a vaccine-related BN, his claim is effectively over. Nevertheless, to demonstrate that all the evidence in this matter has been carefully considered, petitioner's failure to sustain his burden for Prong III will be addressed.

To satisfy the third *Althen* prong, petitioner must establish a "proximate temporal relationship" between the vaccination and the alleged injury. *Althen*, 418 F.3d at 1281. This "requires preponderant proof that the onset of symptoms occurred within a timeframe for which, given the medical understanding of the disorder's etiology, it is medically acceptable to infer causation-in-fact." *De Bazan*, 539 F.3d at 1352.

Petitioner received the subject flu vaccine on November 30, 2015. He presented to his PCP on April 6, 2016, 128 days later, reporting he woke up with right scapula pain. Pet. Ex. 4 at 4. He next presented to Dr. Wong on May 4, 2016, reporting onset of pain in early March 2016 with progressive right shoulder lowering over the coming months, then weakness of the right extremity. Pet. Ex. 4 at 47. At his first PT visit on May 19, 2016, he reported "shoulder wasting" in February, over 63 days after his receipt of the flu vaccine. The onset was listed as "insidious." Pet. Ex. 5 at 1. On August 4, 2016, petitioner reported onset of weakness in his right upper extremity to Dr. Cameron as February 2016, again over 63 days after receipt of the flu vaccine. Pet. Ex. 4 at 52. Petitioner said his wife noted his arm lowering. *Id*. After mirroring petitioner's affidavit statement, petitioner's wife affirmed, "in March or early April 2016, I noticed [petitioner]'s right shoulder drooping and I urged him to see a doctor." This was four to five months after receipt of the flu vaccine. Pet. Ex. 2 at 1. Petitioner then emailed his PCP in September, 11 months after his receipt of the flu vaccine, asserting that the flu vaccine caused Parsonage-Turner syndrome in "January 2016." Pet. Ex. 3 at 18. Petitioner affirmed, in his affidavit prepared over three years later on November 28, 2018, onset of symptoms in "January or early February." Pet. Ex. 1 at 1.

Dr. Steinman initially opined that onset was, at the earliest, February 2016. Pet. Ex. 11 at 1. He testified that petitioner's onset was unknown but became apparent two months after the

---

But "a mere showing of a proximate temporal relationship between vaccine and injury" does not "suffice[], without more, to meet the burden of showing actual causation." *Althen*, 418 F.3d at 1278. Here, Dr. Steinman stated that he finds the temporal relationship between the vaccine and the injury to be "near the boundary of where things just fell back into the background." Tr. 32. He cited to *Shah, et al.*, Pet. Ex. 17, to support a 60-day onset which he deemed closer in time to the vaccination than petitioner's radiation treatment, making the vaccination more temporally proximate and justifiable. But as Dr. Steinman agrees, *Shah* found evidence that only 5% of cases of brachial plexopathy following flu vaccination had onset of six weeks or longer. Tr. 33; Pet. Ex. 17 at 3. 5% is rare, but not impossible; however, this evidence is not particularly reliable because *Shah* did not provide how long past six weeks they found onset to have occurred. Additionally, six weeks is 42 days, not 60 days. Whether *Shah* included cases with onset after 60 days is unknown. Meanwhile, Dr. Steinman's own literature notes that "[t]he symptomatology of radiation-induced brachial plexopathy is variable and can occur from 6 months to 20 years after radiation therapy." Pet. Ex. 11 at 7; Pet. Ex. 16 at 4. Therefore, his reasoning that it was the vaccination and not the radiation treatment is contrary to the literature he relied on.

For these reasons, petitioner has failed to show a logical sequence of cause and effect showing that the vaccination was the reason for the injury by a preponderance of the evidence and therefore fails to satisfy Prong II as well.

vaccination. Tr. 17. He included onset of 63 to 91 days after vaccination based on the various dates reported. He acknowledged that 80% of BN patients have onset within two weeks of an antecedent event but argued that post-radiation BN has a much later onset of up to 20 years. Pet. Ex. 47 at 4; Resp. Ex. H; Pet. Ex. 11 at 22; Pet. Ex. 17. Further, 5% of brachial plexitis cases have an onset of more than six weeks after flu vaccination. Pet. Ex. 47 at 4; Pet. Ex. 11 at 22; Pet. Ex. 17.

Dr. Naismith referred to petitioner's onset as quite insidious over months, with initial onset over 60 days after his receipt of the subject flu vaccine. Tr. 86. His review of the medical records placed onset between 61 and 90 days post-vaccination. Tr. 95. Dr. Naismith acknowledged that petitioner included onset as January 2016 when he filled out a patient questionnaire in August 2016, eight months post-vaccination, and emailed his PCP in September 2016. Tr. 95-96; Pet. Ex. 9 at 91; Pet. Ex. 3 at 18.

However, Dr. Naismith stated that, when BN follows an antecedent event such as a vaccine, onset is typically within one to two weeks. "[W]hen you get out past a month or six weeks, it becomes much less common. So after six weeks, I think it's, like, less than 5 percent." Tr. 101-02. Dr. Naismith added that, if an atypical late onset is added to petitioner's atypical presentation, this case would include a lot of atypical events making it very hard to satisfy "more likely than not." Tr. 102. 90% of BN patients present with severe pain, for instance. There are always those who fall outside the pattern but it is atypical as it was here. Tr. 102-03. Petitioner reported discomfort or aching rather than the typical searing, burning, shooting, neuropathic pain patients typically present with, and he had no sensory deficits. His presentation was not typical for BN. Tr. 103-04.

Petitioner reported various dates of onset to his medical providers including March, February, and January respectively. Pet. Ex. 4 at 4, 47, 52. Based on all the evidence, the earliest onset of petitioner's symptoms was February 2016, which was when Dr. Steinman initially placed onset. In so doing, Dr. Steinman acknowledged that the vaccination was on November 30, 2015, and that December and January have 31 days each, placing onset at least 63 days, over 8 weeks or 56 days, after receipt of his vaccination. He then continuously referred to petitioner's onset as six weeks after vaccination, which finds no support in the medical records. Assuming, for purposes of argument, that onset of symptoms was February 1, 2016, the onset would still be in excess of 63 days after vaccination. Petitioner would have then waited an additional 68 days before presenting to a medical provider.

The literature supports onset of BN between a few days and up to six weeks, or 42 days, following vaccination, if one accepts GBS as a surrogate for BN. Here, petitioner received the subject flu vaccine on November 30, 2015, and, at the earliest, had onset on February 1, 2016. Even the earliest possible estimate puts onset in excess of 63 days or eight weeks later. Such an onset is unsupported by the medical literature.

BN is a Table Injury occurring between two and 28 days after vaccines containing tetanus toxoid. 42 C.F.R. § 100.3(a)(I)(B). GBS, which Dr. Steinman used as a surrogate for BN, is a Table Injury following the flu vaccine within three to 42 days. The case reports submitted by the parties reporting BN following flu vaccine, *Shaikh* and *Marks*, include symptoms of BN developing within days to six weeks, or 42 days, after flu vaccine. *See* Resp. Ex. A-1; Resp. Ex.

B. No case reports were submitted that showed onset of BN occurring over 42 days post-vaccination.

Dr. Steinman argued that onset for GBS following flu vaccine has been accepted in the Program for up to eight weeks. However, even accepting this, eight weeks is 56 days, not 63 days and certainly not 91 days. Petitioner's various reports of onset (early March, end of February/March, February, or January) reveal the insidious nature of the onset of his injury with no abrupt onset of pain or definable event. Rather, petitioner developed progressive weakness at some point in 2016 prior to his presenting to his PCP on April 4, 2016, that resulted in muscle loss and asymmetry of his shoulders. This makes it less likely that he suffered from BN within a medically accepted time frame with his flu vaccine received on November 30, 2015. In contrast, radiation-induced brachial plexitis has onset from weeks to 20 years post-radiation treatment. Resp. Ex. H-1 at 3.

Special masters have not awarded compensation when onset is too remote from vaccination considering the purported mechanism. Compare*, e.g.*, *Greene v. Sec'y of Health & Hum. Servs.*, No. 11-631V, 2019 WL 4072110, at *16-21 (Fed. Cl. Spec. Mstr. Aug. 2, 2019) (explaining that an onset of 41 days is not medically appropriate in a BN case), *aff'd*, 146 Fed. Cl. 655 (Fed. Cir. 2020); *Garner v. Sec'y of Health & Hum. Servs.,* No. 15-063V, 2017 WL 1713184, at *15-18 (Fed. Cl. Spec. Mstr. Mar. 24, 2017) (finding an onset of BN 45 days post-vaccination not medically acceptable given the theory of molecular mimicry), with *Barone v. Sec'y of Health & Hum. Servs.*, No. 11-707V, 2014 WL 6834557, at *8-13 (Fed. Cl. Spec. Mstr. Nov. 12, 2014) (finding a GBS onset of six weeks post-vaccination appropriate given the mechanism of molecular mimicry).

Petitioner has therefore failed to provide preponderant evidence to satisfy *Althen* Prong III.

## VII. Conclusion

I am sympathetic to all that petitioner has had to and continues to endure. However, to receive compensation from the Vaccine Program, petitioner is required to present persuasive evidence which is lacking in this case. Therefore, upon careful evaluation of all the evidence submitted in this matter, including the medical records, the affidavits, the opinions and testimony of the experts, and the medical literature, I find that petitioner has not shown that he is entitled to compensation under the Vaccine Act. The petition must therefore be dismissed.

**IT IS SO ORDERED**.

**s/ Mindy Michaels Roth**
Mindy Michaels Roth
Special Master

**Appendix: Medical Literature Cited**

| Exhibit | Citation |
|---|---|
| Pet. Ex. 16 | Anshu C. Warade et al., *Radiation-induced Brachial Plexus Neuropathy: A Review*, 67 Neurology India 47 (2019). |
| Pet. Ex. 17 | Shreya Shah et al., *Brachial Plexopathy After Influenza Vaccination in Adults in the USA: A Report From the CDC/FDA Vaccine Adverse Event Reporting System (1990-2017)*, 90 Neurology 15 Supp. (2018). |
| Pet. Ex. 18 | *FDA Lot Release Information 2015-2016 Influenza Vaccine*, Food & Drug Admin. |
| Pet. Ex. 19 | Henryk M. Wiśniewski et al., *Recurrent Experimental Allergic Polyganglioradiculoneuritis*, 30 Archives of Neurology 347 (1974). |
| Pet. Ex. 20 | S. W. Brostoff et al., *Immunopathologic Response in Guinea Pigs Sensitized with Peripheral Nervous System Myelin*, 58 Brain Research 500 (1973). |
| Pet. Ex. 21 | Lawrence Steinman, *Autoimmune Disease*, 269 Sci. Am. 106 (1993). |
| Pet. Ex. 26 | Javaraiah Srinivasappa et al., *Molecular Mimicry: Frequency of Reactivity of Monoclonal Antiviral Antibodies with Normal Tissues*, 57 J. of Virology 397 (1986). |
| Pet. Ex. 28 | Irving Nachamkin et al., *Anti-Ganglioside Antibody Induction by Swine (A/NJ/1976/H1N1) and Other Influenza Vaccines: Insights into Vaccine-Associated Guillain-Barré Syndrome*, 198 J. of Infectious Diseases 226 (2008). |
| Pet. Ex. 29 | Janev Fehmi et al., *Nodes, Paranodes, and Neuropathies*, 89 J. of Neurology, Neurosurgery and Psychiatry 61 (2018). |
| Pet. Ex. 30 | Jérôme J. Devaux et al., *Nodal Proteins are Target Antigens in Guillain-Barré Syndrome*, 17 J. of the Peripheral Nervous System 62 (2012). |
| Pet. Ex. 31 | Yumako Miura et al., *Contactin I IgG4 Associates to Chronic Inflammatory Demyelinating Polyneurology with Sensory Ataxia*, 138 Brain 1484 (2015). |
| Pet. Ex. 32 | G.A. Suarez et al., *Immune Brachial Plexus Neuropathy: Suggestive Evidence for an Inflammatory-Immune Pathogenesis*, 46 Neurology 559 (1996). |
| Resp. Ex. A-1 | Maliha Farhana Shaikh et al., *Acute Brachial Neuritis Following Influenza Vaccination*, BMJ Case Reports (2012). |
| Resp. Ex. A-2 | Jimmy D. Miller et al., *Acute Brachial Plexus Neuritis: An Uncommon Cause of Shoulder Pain*, 62 Am. Family Physician 2067 (2000). |
| Resp. Ex. A-6 | Chris S. Miller et al., *Parsonage-Turner Syndrome: Clinical and Epidemiological Features from a Hand Surgeon's Perspective*, 11 Hand 227 (2016). |
| Resp. Ex. A-8 | Nens van Alfen, *Clinical and Pathophysiological Concepts of Neuralgic Amyotrophy*, 7 Nature Reviews Neurology 315 (2011). |
| Resp. Ex. B | D.H. Marks, *Parsonage-Turner Syndrome Associated with Influenza Vaccination: A Case Report with Discussion of Vaccination Neurologic Complications and Causation*, 21 Internet J. of Neurology (2019). |
| Resp. Ex. C | Nens van Alfen & Baziel G.M. van Engelen, *The Clinical Spectrum of* |

| | |
|---|---|
| | *Neuralgic Amyotrophy in 246 Cases*, 129 Brain 438 (2006). |
| Resp. Ex. H-1 | Sylvie Delanian et al., *Radiation-induced Neuropathy in Cancer Survivors*, 105 Radiation and Oncology 273 (2012). |
| Resp. Ex. H-2 | Yanqun Dong et al., *Incidence and Outcomes of Radiation-induced Late Cranial Neuropathy in 10-year Survivors of Head and Neck Cancer*, 95 Oral Oncology 59 (2019). |
| Resp. Ex. H-3 | Yiu S. Luk et al., *Predictive Factors and Radiological Features o Radiation-induced Cranial Nerve Palsy in Patients with Nasopharyngeal Carcinoma Following Radical Radiotherapy*, 49 Oral Oncology 49 (2013). |
| Resp. Ex. H-4 | Andrew T. Huang et al., *Delayed Lower Cranial Neuropathies Following Primary Radiotherapy for Oropharyngeal Squamous Cell Carcinoma*, 123 Laryngoscope 1207 (2013). |